# Exhibit 2

| US6934714 | CTERA Portal ("The accused instrumentality") |
|---|---|
| 9. A method in a computer system for indicating a family relationship among a plurality of data records in a data repository to a designated record, each record having a plurality of data fields with values, comprising:<br><br>*Col 5: Lines 7-9*<br><br>*"The data records might contain fields such as names, aliases, nationality, drivers license no., eye color, crime statistics, blood type, genetic information, etc."* | The accused instrumentality discloses a method in a computer system (e.g., laptop, PC enabled with the accused instrumentality) for indicating a family relationship (e.g., hierarchical relationship between files and folders) among a plurality of data records (e.g., a plurality of files and folders) in a data repository (e.g., cloud storage of the accused instrumentality) to a designated record (e.g., a particular file or folder), each record (e.g., each file or folder) having a plurality of data fields (e.g., data fields inside the file such as title, heading, name, etc.) with values (e.g., content regarding the data field).<br><br>As shown, the accused instrumentality provides cloud storage to store data such as files/folders in the cloud. CTERA Portal web interface can be used to create new folders and upload folder and files within the folders. The folders and files are linked to each other indicating a family relationship among plurality of files and folders. Each file includes plurality of data fields such as title, heading, name, etc. having content regarding the data field. |



http://web.archive.org/web/20230806063640/https://www.ctera.com/product/ctera-portal/

https://kb.ctera.com/docs/introduction-to-the-ctera-portal-5

CTERA Portal is a scalable cloud service delivery platform that you install at your own data center or in a cloud environment and use to create, deliver and manage cloud storage applications, including a Global File System, file access via stubbing/caching, backup, and mobile collaboration. CTERA Portal is compatible with cloud storage infrastructure from multiple vendors, including EMC, Wasabi, Scality, IBM COS, Hitachi HCP, and cloud storage providers such as AWS and Azure.

https://kb.ctera.com/docs/introduction-to-global-administration-version-82x-1

You access the CTERA Portal from your computer using the file manager or using the Web interface, or from your mobile phone or tablet, via the CTERA Drive Mobile app, which enables you to access the latest version of your files from anywhere.

https://kb.ctera.com/docs/introduction-to-the-ctera-portal-5

Use the CTERA Portal to manage your files securely in the cloud, providing other users with access to these files with permissions that you decide.

You can upload and download folders and files to the CTERA Portal and securely share these folders and files with your team members or external users. In addition, you can copy or move files in the cloud and edit them, either directly in the cloud or locally. The CTERA Portal ensures data consistency, maintains version history and facilitates file sharing among users.

https://kb.ctera.com/docs/introduction-to-the-ctera-portal-5

The portal supports *Cloud Folders* and *Backup Folders*.

*Cloud Folders* are folders created by the Cloud Drive service for personal and shared use. The portal automatically creates a personal folder for each user account's private files when the user account is created in the portal. The folder is displayed to the user as `My Files` and is the user's home folder. The folder contains files that can only be viewed and edited by the user. The home folder name and the automatic creation of the home folder can be changed in the General Settings of the **Virtual Portal Settings** window, accessed via **Settings > Virtual Portal Settings**.

https://kb.ctera.com/docs/managing-folders-3



https://kb.ctera.com/docs/creating-or-adding-folders-or-files-1



https://kb.ctera.com/docs/creating-or-adding-folders-or-files-1

https://kb.ctera.com/docs/creating-or-adding-folders-or-files-1

**To create a Microsoft Office file:**

1. Navigate to the folder where you want to create the file under **CLOUD DRIVE**.

https://kb.ctera.com/docs/creating-or-adding-folders-or-files-1

# Uploading Files

You can upload files to the CTERA Portal.

**To upload files:**

1. Click on the relevant folder under **CLOUD DRIVE**.

   The folder page is displayed.

2. Click the +New icon and choose **Upload File**.



3. Select the files on your PC that you want to upload and click **Open**.

https://kb.ctera.com/docs/creating-or-adding-folders-or-files-1

You can upload folders and files to the CTERA Portal and securely share these folders and files with your team members or external users. You upload folders and files by dragging and dropping them or by uploading them.

- Drag the folders and files from your PC to the browser window.

**Note**

You can only drag folders when using a Chrome browser.

Or,

1. Click on your **My Files** folder.

   The **My Files** page is displayed.

2. Click **New** and choose the **Upload File**.

https://kb.ctera.com/docs/uploading-folders-and-files-to-the-ctera-portal-4



https://kb.ctera.com/docs/uploading-folders-and-files-to-the-ctera-portal-4



https://kb.ctera.com/docs/introduction-to-the-ctera-portal-5



https://kb.ctera.com/docs/introduction-to-the-ctera-portal-5



https://kb.ctera.com/docs/introduction-to-the-ctera-portal-5

| automatically determining a set of data records from the plurality of data records | The accused instrumentality discloses automatically determining a set of data records (e.g., set of files/folders) from the plurality of data records (e.g., a plurality of files, folder, etc.)  that relate directly to the designated record (e.g., a particular file or folder) and data records (e.g., set of files/folders) that relate indirectly to the designated record (e.g., a particular file or folder) . |
|---|---|

| | |
|---|---|
| that relate directly to the designated record and data records that relate indirectly to the designated record; and | As shown, the accused instrumentality provides cloud storage to store data such as files/folders in the cloud. CTERA Portal web interface can be used to create new folders and upload folder and files within the folders. The accused instrumentality automatically determines a set of files/folders located in a common folder that relate directly to each other and the folder in which they are located and a set of files/folders located in different folders that relate indirectly to each other and the folder in which they are located.<br><br>You access the CTERA Portal from your computer using the file manager or using the Web interface, or from your mobile phone or tablet, via the CTERA Drive Mobile app, which enables you to access the latest version of your files from anywhere.<br><br>https://kb.ctera.com/docs/introduction-to-the-ctera-portal-5<br><br>Use the CTERA Portal to manage your files securely in the cloud, providing other users with access to these files with permissions that you decide.<br><br>You can upload and download folders and files to the CTERA Portal and securely share these folders and files with your team members or external users. In addition, you can copy or move files in the cloud and edit them, either directly in the cloud or locally. The CTERA Portal ensures data consistency, maintains version history and facilitates file sharing among users.<br><br>https://kb.ctera.com/docs/introduction-to-the-ctera-portal-5 |

The portal supports *Cloud Folders* and *Backup Folders*.

*Cloud Folders* are folders created by the Cloud Drive service for personal and shared use. The portal automatically creates a personal folder for each user account's private files when the user account is created in the portal. The folder is displayed to the user as `My Files` and is the user's home folder. The folder contains files that can only be viewed and edited by the user. The home folder name and the automatic creation of the home folder can be changed in the General Settings of the **Virtual Portal Settings** window, accessed via **Settings > Virtual Portal Settings**.

https://kb.ctera.com/docs/managing-folders-3



https://kb.ctera.com/docs/creating-or-adding-folders-or-files-1

https://kb.ctera.com/docs/creating-or-adding-folders-or-files-1

When creating a folder in a folder that is under **CLOUD DRIVE**:



https://kb.ctera.com/docs/creating-or-adding-folders-or-files-1

## To create a Microsoft Office file:

1. Navigate to the folder where you want to create the file under **CLOUD DRIVE**.

https://kb.ctera.com/docs/creating-or-adding-folders-or-files-1

# Uploading Files

You can upload files to the CTERA Portal.

**To upload files:**

1. Click on the relevant folder under **CLOUD DRIVE**.

   The folder page is displayed.

2. Click the **+ New** icon and choose **Upload File**.



3. Select the files on your PC that you want to upload and click **Open**.

https://kb.ctera.com/docs/creating-or-adding-folders-or-files-1

You can upload folders and files to the CTERA Portal and securely share these folders and files with your team members or external users. You upload folders and files by dragging and dropping them or by uploading them.

- Drag the folders and files from your PC to the browser window.

**Note**

You can only drag folders when using a Chrome browser.

Or,

1. Click on your **My Files** folder.

   The **My Files** page is displayed.

2. Click **New** and choose the **Upload File**.

https://kb.ctera.com/docs/uploading-folders-and-files-to-the-ctera-portal-4



https://kb.ctera.com/docs/uploading-folders-and-files-to-the-ctera-portal-4



https://kb.ctera.com/docs/introduction-to-the-ctera-portal-5

| adding the designated record to the determined set when it is automatically | The accused instrumentality discloses adding (e.g., uploading and storing) the designated record (e.g., a particular file or folder) to the determined set (e.g., set of files/folders) when it is automatically determined that the designated record (e.g., a particular file or folder) is not a duplicate of a data record (e.g., file or folder) in the determined set (e.g., set of files/folders). |
|---|---|

| | |
|---|---|
| determined that the designated record is not a duplicate of a data record in the determined set; and<br><br>*Col 6: Lines 29-33*<br><br>*"a record is a duplicate is based upon what fields are being used in the comparison and whether those fields need to completely match (as in string identity); partially match (as in a subset string match); sound alike, look similar, etc."*<br><br>*Col 8: Lines 8-13*<br><br>*"The auto de-duplication engine **510** is* | As shown, the accused instrumentality performs deduplication by detecting changes to files and transfers only the unique data blocks, i.e., it uploads and transfers only the blocks of file identified as non-duplicate.<br><br>**Global deduplication** – Most modern storage solutions apply deduplication only to centrally stored files. CTERA has taken deduplication to the next level, applying the algorithms at both cloud and edge. Not only does the Portal support global deduplication, but CTERA Edge Filers and Drive clients offer source-based deduplication, greatly reducing the size of files being sent to the cloud and lowering storage costs substantially.<br><br>https://kb.ctera.com/docs/introduction-to-global-administration-version-82x-1<br><br>CTERA Portal   CTERA Edge Filer   CTERA Drive   CTERA Insight<br><br>CTERA Portal facilitates access to cloud storage services; handles data protection and file sync & share services; used for provisioning and monitoring global file services. This is the beating heart of the system and is the component that will run in the customer's Datacenter or VPC. The portal ensures data consistency, maintains version history, and facilitates file sharing among users, regardless of their access method. Both global source-based deduplication and data compression are used to ensure that only incremental data changes are transferred for storage in the cloud, and that data blocks are stored only once. This dramatically reduces storage capacity needs and overall network traffic. |

| | |
|---|---|
| *invoked to set up and/or maintain the data records whenever a new data record is to be added. Typically, records are added in bulk, such as during an "import" process, or one at a time, either manually, or indirectly from, for example, other code"*<br><br>*Col 14: Lines 44-48*<br><br>*"an automatic de-duplication/conso lidation process is performed to determine whether the designated record should be deleted as a "real" duplicate, consolidated (merged) with another record, or* | https://kb.ctera.com/docs<br><br><br><br>https://kb.ctera.com/docs/configuring-deduplication-for-a-user-account-3<br><br>CTERA supports multi-level deduplication on both the CTERA portal and edge filers, enabling major saving in storage capacity required for the backend object and frontend cache storage as well as reducing the network bandwidth required for edge to cloud synchronization.<br><br>Deduplication is set by default both at the portal and edge filer levels but can be tuned based on your security requirements and the type of data you have.<br><br>https://kb.ctera.com/docs/ctera-file-level-and-block-level-deduplication |

| | |
|---|---|
| *left alone"* | **Deduplication on CTERA Portals**<br><br>CTERA Portal splits each stored file into blocks and performs block-level deduplication automatically for all data stored on the backend object storage.<br><br>Portal deduplication is also used for optimizing the traffic between edge filers and the portal, guaranteeing that only unique blocks are sent when syncing data between the local cache and the portal global file system.<br><br>All users in a team portal share, by default, a single folder group, enabling cooperative global deduplication between all members of the group. Administrators have the option to limit the scope of the deduplication to a user level or up to a cloud folder group level, based on security and scale requirements.<br><br>https://kb.ctera.com/docs/ctera-file-level-and-block-level-deduplication |
| automatically associating with each record of the determined set an indication of membership in at least one family relationship. | The accused instrumentality discloses automatically associating with each record (e.g., file/folder) of the determined set (e.g., set of files/folders) an indication of membership (e.g., file location/path) in at least one family relationship (e.g., hierarchical relationship between files and folders).<br><br>As shown, the accused instrumentality provide cloud storage to store data such as files/folders in the cloud. CTERA Portal web interface can be used to create new folders and upload folder and files within the folders. The folders and files are linked to each other indicating a family relationship among plurality of files and folders. Each folder and file include information related to it such as file location or path that indicates membership in a family relationship.<br><br>You access the CTERA Portal from your computer using the file manager or using the Web interface, or from your mobile phone or tablet, via the CTERA Drive Mobile app, which enables you to access the latest version of your files from anywhere.<br><br>https://kb.ctera.com/docs/introduction-to-the-ctera-portal-5 |

Use the CTERA Portal to manage your files securely in the cloud, providing other users with access to these files with permissions that you decide.

You can upload and download folders and files to the CTERA Portal and securely share these folders and files with your team members or external users. In addition, you can copy or move files in the cloud and edit them, either directly in the cloud or locally. The CTERA Portal ensures data consistency, maintains version history and facilitates file sharing among users.

https://kb.ctera.com/docs/introduction-to-the-ctera-portal-5

The portal supports *Cloud Folders* and *Backup Folders*.

*Cloud Folders* are folders created by the Cloud Drive service for personal and shared use. The portal automatically creates a personal folder for each user account's private files when the user account is created in the portal. The folder is displayed to the user as `My Files` and is the user's home folder. The folder contains files that can only be viewed and edited by the user. The home folder name and the automatic creation of the home folder can be changed in the General Settings of the **Virtual Portal Settings** window, accessed via **Settings > Virtual Portal Settings**.

https://kb.ctera.com/docs/managing-folders-3



https://kb.ctera.com/docs/creating-or-adding-folders-or-files-1

https://kb.ctera.com/docs/creating-or-adding-folders-or-files-1

When creating a folder in a folder that is under **CLOUD DRIVE**:



https://kb.ctera.com/docs/creating-or-adding-folders-or-files-1

## To create a Microsoft Office file:

1. Navigate to the folder where you want to create the file under **CLOUD DRIVE**.

https://kb.ctera.com/docs/creating-or-adding-folders-or-files-1

# Uploading Files

You can upload files to the CTERA Portal.

**To upload files:**

1. Click on the relevant folder under **CLOUD DRIVE**.

   The folder page is displayed.

2. Click the **+ New** icon and choose **Upload File**.



3. Select the files on your PC that you want to upload and click **Open**.

https://kb.ctera.com/docs/creating-or-adding-folders-or-files-1

You can upload folders and files to the CTERA Portal and securely share these folders and files with your team members or external users. You upload folders and files by dragging and dropping them or by uploading them.

- Drag the folders and files from your PC to the browser window.

> **Note**
>
> You can only drag folders when using a Chrome browser.

Or,

1. Click on your **My Files** folder.

   The **My Files** page is displayed.

2. Click **New** and choose the **Upload File**.

https://kb.ctera.com/docs/uploading-folders-and-files-to-the-ctera-portal-4



https://kb.ctera.com/docs/introduction-to-the-ctera-portal-5



[https://kb.ctera.com/docs/introduction-to-the-ctera-portal-5](https://kb.ctera.com/docs/introduction-to-the-ctera-portal-5)